UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUNALI KHAKU,

    Plaintiff,

v.                              Case No. 8:15-cv-2098-T-33JSS

AMERICAN TRAFFIC SOLUTIONS,
INC., ET AL.,

    Defendants.
_____/

### ORDER

This matter comes before the Court sua sponte. As a family member of the undersigned is employed at Carlton Fields Jorden Burt, P.A., the undersigned recuses herself from this matter. The undersigned recognizes that recusal is not mandatory, but nevertheless feels that it is the appropriate manner in which to proceed.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. The undersigned is recused from this case.

2. The Clerk of Court is directed to reassign this case pursuant to its normal procedures.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>11th</u> day of September, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record