UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AUNALI KHAKU, individually and on behalf of others similarly-situated,<br><br>Plaintiff,<br>v.<br><br>AMERICAN TRAFFIC SOLUTIONS, INC., AMERICAN TRAFFIC SOLUTIONS LLC, AMERICAN TRAFFIC SOLUTIONS CONSOLIDATED LLC, and CITY OF TAMPA,<br><br>Defendants. | Case No.: 8:15-CV-02098-JSM-JSS |

## ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO STAY

THIS CAUSE having come to before the Court upon Plaintiff's Stipulated Motion to Stay [D.E. 12]. Having reviewed Plaintiff's Motion and being fully advised in all premises, the Court hereby ORDERS and ADJUDGES as follows:

1. Plaintiff's Motion is GRANTED.

2. This matter is stayed pending the disposal of *Parker, et al. v. American Traffic Solutions, Inc., et al.*, case no. 1:14-CV-24010, currently pending in the United States District Court for the Southern District of Florida before District Judge Federico A. Moreno.

3. The stay is entered without prejudice to any party to address and argue their differing views concerning whether the *Parker* case does or does not concern identical claims to the instant case, whether or not the first filed rule applies, and

whether the parties would or would not be bound in the Middle District of Florida by any decision in the *Parker* case.

DONE and ORDERED this 2 day of October, 2015, in Chambers in Tampa, Florida.

James. S. Moody, Jr.
District Court Judge