**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AUNALI KHAKU, individually and on
behalf of others similarly situated,

     Plaintiff,

v.

AMERICAN TRAFFIC SOLUTIONS,
INC., AMERICAN TRAFFIC
SOLUTIONS LLC, AMERICAN
TRAFFIC SOLUTIONS
CONSOLIDATED LLC, and CITY OF
TAMPA,

     Defendants.

Case No: 8:15-CV-02098-JSM-JSS

Judge James S. Moody, Jr.

---

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

Aunali Khaku and Defendants American Traffic Solutions, Inc., American Traffic Solutions

LLC, American Traffic Solutions Consolidated LLC, and City of Tampa respectfully and

jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear

its own fees and costs. The parties request that the Clerk of Court now close this case.

**DATED** this 12th day of July, 2018.     Respectfully submitted,

 /s/ Stephen F. Rosenthal
Stephen F. Rosenthal
Florida Bar No. 0131458
Ramon A. Rasco
Florida Bar No. 0617334
PODHURST ORSECK, P.A.

Theodore J. Leopold
Florida Bar No. 705608
COHEN MILSTEIN SELLERS
& TOLL PLLC
2925 PGA Boulevard
Suite 200

One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
Tel.: 305-358-2800   Fax: 305-358-2382
srosenthal@podhurst.com
rrasco@podhurst.com

Andrew N. Friedman (Pro Hac Vice)
DC Bar No. 375595
Sally Handmaker (Pro Hac Vice)
DC Bar No. 1005414
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Avenue, NW
Suite 500 East
Washington, DC 20005
Tel.:202-408-4600
afriedman@cohenmilstein.com
shandmaker@cohenmilstein.com

Irwin B. Levin
Richard E. Shevitz
Lynn A. Toops
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.:  317-636-6481
Fax:  317-636-2495
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
ltoops@cohenandmalad.com

Andrew T. Trailor
Florida Bar No. 966710
ANDREW T. TRAILOR, P.A.
8603 S. Dixie Highway, Suite 303
Miami, Florida 33143
Tel.: 305-668-6090
Fax: 305-668-6225
andrewtrailor@attlawpa.com

Keith A. Goldbaum
Florida Bar No. 475637
FRIEDMAN, ROSEN WASSER &
GOLDBAUM, P.A.
5355 Town Center Road
The Plaza, Suite 801

Palm Beach Gardens, FL 33410
Tel.:561-515-1400  Fax:561-515-1401
tleopold@cohenmilstein.com

Manuel L. Dobrinsky
Florida Bar No. 775525
Jonathan E. Freidin
Florida Bar No. 98955
FREIDIN DOBRINSKY BROWN AND
ROSENBLUM, P.A.
One Biscayne Tower, Suite 3100
2 South Biscayne Boulevard
Miami, Florida 33131
Tel.:  305-371-3666
jfreidin@fdlaw.net
mdobrinsky@fdlaw.net

David M. Kerner
Florida Bar No. 84388
Jason D. Weisser
Florida Bar No. 101435
SCHULER, HALVORSON, WEISSER,
ZOELLER & OVERBECK, P.A.
Barristers Building
1615 Forum Place, Suite 4D
West Palm Beach, FL 33401
Tel.: 561- 689-8180
Fax: 561- 684-9683
dkerner@shw-law.com
jweisser@shw-law.com

Douglas F. Eaton
Florida Bar No. 129577
EATON & WOLK, P.L.
One Biscayne Tower, Suite 3100
2 South Biscayne Boulevard
Miami, Florida 33131
Tel.:  305-249-1640
Fax:  786-221-1759
deaton@eatonwolk.com

Marc A. Wites
Florida Bar No. 24783
WITES & KAPETAN, P.A.

Boca Raton, FL 33486
Tel.: 561-395-5511  Fax: 561-368-9274
goldboca@aol.com

Mark S. Fistos
ZEBERSKY PAYNE LLP
110 Southeast 6th Street., Suite 2150
Ft. Lauderdale, FL 33301
954-933-5083
Fax: 954-989-7781
mfistos@zpllp.com

4400 N. Federal Highway
Lighthouse Point, FL 33064
Tel.: 954-570-8989   Fax: 954-354-0205
mwites@wklawyers.com

Ted L. Hollander
Florida Bar No. 116106
THE TICKET CLINIC - A Law Firm
1580 South Federal Highway
Fort Lauderdale, FL 33316
Tel.: 954-522-5926
Fax: 954-522-5197
tedhollander@theticketclinic.com

*Attorneys for Plaintiff Aunali Khaku*

*/s/ Kevin P. McCoy*
David Matthew Allen
Florida Bar No. 866326
Kevin P. McCoy
Florida Bar No. 36225
CARLTON FIELDS JORDEN BURT, PA
4221 W Boy Scout Blvd Ste 1000
PO Box 3239
Tampa, FL 33601-3239
Tel: 813-223-7000
mallen@carltonfields.com
kmccoy@cfjblaw.com

Jonathan Z. DeSantis
BERGER & MONTAGUE, PC
1622 Locust St
Philadelphia, PA 19103-6305
813-223-7000
jdesantis@bm.net

Edward Robert McCarthy
Florida Bar No. 683701
Edward Soto
Florida Bar No. 265144
WEIL, GOTSHAL & MANGES, LLP
Suite 1200
1395 Brickell Ave
Miami, FL 33131
Tel: 305-577-3100
Fax: 305-374-7159
edward.mccarthy@weil.com
edward.soto@weil.com

*Attorneys for Defendants American Traffic Solutions, Inc., American Traffic Solutions LLC, American Traffic Solutions Consolidated LLC*

*/s/ Jerry M. Gewirtz*
Jerry M. Gewirtz
Florida Bar No. 843865
CITY OF TAMPA ATTORNEY'S OFFICE
4th Floor
315 E Kennedy Blvd
Tampa, FL 33602
Tel: 813-274-8996

Robin Horton Silverman
Florida Bar No. 27934
CITY OF TAMPA
5th Floor
315 E Kennedy Blvd
Tampa, FL 33602
813-274-5767

Fax: 813-274-8809                            Fax: 813/274-8777
jerry.gewirtz@tampagov.net                   Robin.Horton-Silverman@tampagov.net

*Attorneys for Defendant City of Tampa*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing document was served on all counsel of record in this case via ECF or by electronic mail on July 12, 2018.

*/s/ Stephen F. Rosenthal*
Stephen F. Rosenthal